CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney

JEFF MITCHELL (CABN 236225)
Chief, Criminal Division

SAILAJA M. PAIDIPATY (NYBN 5160007)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-6821
FAX: (415) 436-7200
sailaja.paidipaty@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>v.<br>DAVID CUNNINGHAM,<br>Defendant. | NO. 19-CR-618 CRB<br>NOTICE OF DISMISSAL : ORDER |

With leave of the Court, and pursuant to Federal Rule of Criminal Procedure 48(a), the United States Attorney for the Northern District of California dismisses the above indictment against David Cunningham and moves that the Court quash the arrest warrant issued in connection with the indictment

//

//

//

//

//

//

//

in this case against David Cunningham.

DATED: August 28, 2026

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

/s/ (*signed with permission*)
JEFF MITCHELL
Chief, Criminal Division

Leave is granted to the government to dismiss the indictment against David Cunningham. It is further ordered that the arrest warrant issued in connection with the indictment/information/complaint in this case is quashed.

Date: September 1, 2026

HON. CHARLES R. BREYER
United States District Judge